# REMOVAL TO FEDERAL COURT

## STATE COURT RECORD

STATE OF INDIANA

MARION COUNTY SUPERIOR COURT

49D13-1911-CT-047079

MARK BUSH

v.

VASYL NIKITIN and OTR EXPRESS, INC.

{CME/FORMS/01658151 v1}

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Mark Bush v. Vasyl Nikitin, OTR Express, Inc.

| Case Number | 49D13-1911-CT-047079 |
| --- | --- |
| Court | Marion Superior Court, Civil Division 13 |
| Type | CT - Civil Tort |
| Filed | 11/07/2019 |
| Status | 11/07/2019 , Pending  (active) |

## Parties to the Case

Defendant   Nikitin, Vasyl

<u>Address</u>
3327 North Lamon, Apt. 1
Chicago, IL 60641

<u>Attorney</u>
Lesley Ann Pfleging
*#2685749, Lead, Retained*

LEWIS & WAGNER, LLP
501 Indiana Avenue
Suite 200
Indianapolis, IN 46202
317-237-0500(W)

<u>Attorney</u>
Katherine Lee English
*#3521949, Retained*

Lewis Wagner LLP.
501 Indiana Ave.
Indianapolis, IN 46202

Defendant   OTR Express, Inc.

<u>Address</u>
c/o ACE Licensing & Permits, Inc., Express Process
8250 East Washington Street
Indianapolis, IN 46219

<u>Attorney</u>
Lesley Ann Pfleging
*#2685749, Lead, Retained*

LEWIS & WAGNER, LLP
501 Indiana Avenue
Suite 200
Indianapolis, IN 46202
317-237-0500(W)

<u>Attorney</u>
Katherine Lee English
*#3521949, Retained*

Lewis Wagner LLP.
501 Indiana Ave.
Indianapolis, IN 46202

Plaintiff     Bush, Mark

<u>Address</u>
4840 Pebble Way East, Apt. F
Indianapolis, IN 46268

<u>Attorney</u>
Brad Smith
*#2278347, Retained*

104 Franklin Road
Bloomington, IN 47404
812-332-9451(W)

## Chronological Case Summary

| | |
|---|---|
| 11/07/2019 | **Case Opened as a New Filing** |

| 11/08/2019 | **Complaint/Equivalent Pleading Filed** |
|---|---|
| | Complaint for Damages |
| Filed By: | Bush, Mark |
| File Stamp: | 11/07/2019 |

| 11/08/2019 | **Appearance Filed** |
|---|---|
| | Appearance |
| For Party: | Bush, Mark |
| File Stamp: | 11/07/2019 |

| 11/08/2019 | **Subpoena/Summons Filed** |
|---|---|
| | Summons to Vasyl Nikitin |
| Filed By: | Bush, Mark |
| File Stamp: | 11/07/2019 |

| 11/08/2019 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons to OTR Express, Inc. | |
| | Filed By: | Bush, Mark |
| | File Stamp: | 11/07/2019 |

| 12/18/2019 | **Service Returned Served (E-Filing)** | |
|---|---|---|
| | Return of Service for Vasyl Nikitin | |
| | Filed By: | Bush, Mark |
| | File Stamp: | 12/18/2019 |

| 12/19/2019 | **Service Returned Served (E-Filing)** | |
|---|---|---|
| | Return of Service for OTR Express | |
| | Filed By: | Bush, Mark |
| | File Stamp: | 12/19/2019 |

| 12/20/2019 | **Appearance Filed** | |
|---|---|---|
| | Appearance of Lesley Pfleging and Katherine English | |
| | For Party: | Nikitin, Vasyl |
| | For Party: | OTR Express, Inc. |
| | File Stamp: | 12/20/2019 |

| 12/20/2019 | **Motion for Enlargement of Time Filed** | |
|---|---|---|
| | Motion for Enlargement of Time | |
| | Filed By: | Nikitin, Vasyl |
| | Filed By: | OTR Express, Inc. |
| | File Stamp: | 12/20/2019 |

| 12/30/2019 | **Order Granting Motion for Enlargement of Time** | |
|---|---|---|
| | Judicial Officer: | Stewart, Ian - C |
| | Movant: | Nikitin, Vasyl |
| | Movant: | OTR Express, Inc. |
| | Movant: | English, Katherine Lee |
| | Movant: | Pfleging, Lesley Ann |
| | Noticed: | Smith, Brad |
| | Noticed: | English, Katherine Lee |
| | Noticed: | Pfleging, Lesley Ann |
| | Order Signed: | 12/30/2019 |

| 12/31/2019 | **Automated ENotice Issued to Parties** | |
|---|---|---|
| | Order Granting Motion for Enlargement of Time ---- 12/30/2019 : Brad Smith;Katherine Lee English;Lesley Ann Pfleging | |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Bush, Mark

Plaintiff

**Balance Due** (as of 01/07/2020)

**0.00**

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 11/08/2019 | Transaction Assessment | 157.00 |
| 11/08/2019 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

Case 1:20-cv-00051-JMS-MPB   49D13-1911-CT-047079   07/20   Page 6 of 24 PageID #: 113   Filed: 11/3/2019 8:47 PM
Marion Superior Court, Civil Division 13

Clerk
Marion County, Indiana

STATE OF INDIANA    )                IN THE MARION          COURT
                          ) SS:
COUNTY OF MARION    )               CAUSE NO.

MARK BUSH

       VS.

VASYL NIKITIN
and OTR EXPRESS, INC.

## COMPLAINT FOR DAMAGES

Comes now the Plaintiff, Mark Bush, by counsel, Bradford J. Smith of Ken Nunn Law Office, and for his cause of action against the Defendants, Vasyl Nikitin and OTR Express, Inc., alleges and states as follows:

## STATEMENT AND JURISDICTION

1.      This is a clear liability collision in which Defendants' 2013 Volvo tractor and attached trailer, was negligently driven by Vasyl Nikitin causing a chain reaction collision with the vehicle driven by Plaintiff, Mark Bush.  As a result of the collision, Plaintiff has incurred medical expenses, lost wages, property damage including, but not limited to, diminished value, and other special expenses in an amount to be proven at trial of this cause.

2.      Jurisdiction and venue are appropriate in Marion County, Indiana, as said collision occurred within the boundaries of Marion County, State of Indiana.

## FIRST CAUSE OF ACTION

### NEGLIGENCE OF VASYL NIKITIN

3.      Plaintiff realleges and incorporates herein by reference paragraphs 1 through 2 above as if fully restated verbatim.

4.      On or about October 1, 2019 Defendant Vasyl Nikitin negligently drove a tractor-trailer, causing a chain reaction collision with the vehicle driven by Plaintiff, Mark Bush.

5.      Defendant Vasyl Nikitin had a duty to operate his tractor trailer in a safe and

reasonable manner.

6.      Defendant Vasyl Nikitin failed in the above mentioned duties and is therefore negligent.

7.      Defendant Vasyl Nikitin's negligence was the direct and proximate cause of Plaintiff's injuries.

8.      Plaintiff Mark Bush's injuries and damages are permanent.

9.      As a direct and proximate result of Vasyl Nikitin's negligence, Mark Bush has suffered lost wages.

10.     Plaintiff, Mark Bush, has incurred medical bills for the treatment of his injuries directly resulting from this collision.

11.     As a direct and proximate result of Vasyl Nikitin's negligence, Mark Bush has experienced physical and mental pain and suffering, lost wages, property damage including, but not limited to, diminished value, and has lost the ability to perform usual activities, resulting in a diminished quality of life.

## SECOND CAUSE OF ACTION

### NEGLIGENCE PER SE OF VASYL NIKITIN

12.     Plaintiff realleges and incorporates herein by reference paragraphs 1 through 11 above as if fully restated verbatim.

13.     Vasyl Nikitin violated state and federal statutes and regulations including but not limited to Title 9 of the Indiana Code.

14.     Defendant Vasyl Nikitin's statutory violations directly and proximately caused Plaintiff's damages and injuries.

15.     Defendant Vasyl Nikitin is negligent per se based on these statutory and regulatory violations.

## <u>THIRD CAUSE OF ACTION</u>

### RESPONDEAT SUPERIOR OF OTR EXPRESS, INC.

16.     Plaintiff realleges and incorporates herein by reference paragraphs 1 through 15 above as if fully restated verbatim.

17.     Defendant Vasyl Nikitin was the employee, agent, servant, or independent contractor for OTR Express, Inc.  Accordingly, OTR Express, Inc. is vicariously liable for the acts of Defendant Vasyl Nikitin for the causes of action above.

WHEREFORE, the Plaintiff, Mark Bush, by counsel Bradford J. Smith of Ken Nunn Law Office, demands judgment against the Defendants, Vasyl Nikitin and OTR Express, Inc. for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses, lost wages, property damage including, but not limited to, diminished value, and other special expenses, court costs and all other just and proper relief in the premises.

KEN NUNN LAW OFFICE


BY:     *s/ Bradford J. Smith*
        Bradford J. Smith, #22783-47
        KEN NUNN LAW OFFICE
        104 South Franklin Road
        Bloomington, IN  47404
        Phone: (812) 332-9451
        Fax: (812) 331-5321
        E-mail: brads@kennunn.com


### <u>REQUEST FOR TRIAL BY JURY</u>

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this

matter be tried by jury pursuant to Trial Rule 38.

KEN NUNN LAW OFFICE


BY:    *s/ Bradford J. Smith*
       Bradford J. Smith, #22783-47
       KEN NUNN LAW OFFICE
       104 South Franklin Road
       Bloomington, IN  47404
       Phone: (812) 332-9451
       Fax: (812) 331-5321
       E-mail: brads@kennunn.com


Bradford J. Smith, #22783-47
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:  812-332-9451
Fax Number:   812-331-5321
Attorney for Plaintiff

## APPEARANCE FORM (CIVIL)
### Initiating Party

| | | |
|---|---|---|
| | CAUSE NO: | |
| 1. | Name of first initiating party | Mark Bush<br>4840 Pebble Way East, Apt. F<br>Indianapolis, IN  46268 |
| 2. | Telephone of pro se initiating party | NA |
| 3. | Attorney information (as applicable for service of process) | Bradford J. Smith #22783-47<br>Ken Nunn Law Office<br>104 South Franklin Road<br>Bloomington, IN  47404<br>PHONE:      812 332-9451<br>FAX:         812 331-5321<br>Email:  bjsmith@kennunn.com |
| 4. | Case type requested | CT (Civil Tort) |
| 5. | Will accept FAX service | YES |
| 6. | Are there related cases | NO |
| 7. | Additional information required by State or Local Rules | |
| Continuation of Item 1 (Names of initiating parties) | | NAME:<br>NAME: |
| Continuation of Item 3 (Attorney information as applicable for service of process) | | |

 s/Bradford J. Smith
Attorney-at-Law
(Attorney information shown above.)

Case 1:20-cv-00051-JMS-MPB Document 1-1 Filed 01/07/20 Page 11 of 24 PageID #: 16
49D13-1911-CT-047079
Filed: 11/8/2019 8:47 PM
Clerk
Marion Superior Court, Civil Division 13
Marion County, Indiana

CIRCUIT/SUPERIOR COURTS FOR THE COUNTY OF MARION
STATE OF INDIANA
CITY COUNTY BUILDING, 200 E. WASHINGTON STREET
INDIANAPOLIS, INDIANA 46204
TELEPHONE 317 327-4740

Mark Bush

Plaintiff(s)

VS.                                    No. _____

Vasyl Nikitin and OTR Express, Inc.

Defendant(s)

## SUMMONS

The State of Indiana to Defendant: **Vasyl Nikitin, 3327 North Lamon, Apt. 1, Chicago, IL 60641**

You have been sued by the person(s) named "plaintiff" in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded. You have twenty-three (23) days to answer if this summons was received by mail. **Such Answer Must Be Made In Court.**

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: 11/8/2019 _____        *Myla A. Eldridge*  _____
                                        CLERK, MARION CIRCUIT/SUPERIOR COURTS

BRADFORD J. SMITH, #22783-47
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN 47404

## ACKNOWLEDGMENT OF SERVICE OF SUMMONS

A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this _____ day of _____, 2019.

_____
SIGNATURE OF DEFENDANT

PRAECIPE: I designate the following mode of service to be used by the Clerk.

XX      By certified or registered mail with return receipt to above address.

☐       By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐       By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐       By serving his agent as provided by rule, statute or valid agreement, to-wit:

KEN NUNN LAW OFFICE

BY: _s/ BRADFORD J. SMITH_____
ATTORNEY FOR PLAINTIFF

MARION COUNTY COURTS
SEAL
INDIANA

CERTIFICATE OF MAILING:  I certify that on the __ day of _____, 2019, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

Dated this __ day of _____, 2019.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SERVICE OF SUMMONS BY MAIL:**  I hereby certify that service of summons with return receipt requested was mailed on the __ day of _____, 2019, and that a copy of the return of receipt was received by me on the _____ day of _____, 2019, which copy is attached herewith.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:**  I hereby certify that on the __ day of _____ __, 2019, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this __ day of _____, 2019, and I did deliver said summons and a copy of the complaint to the Sheriff of MARION County, Indiana.

Dated this __ day of _____, 2019.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SUMMONS:**  This summons came to hand on the __ day of _____, 2019, and I served the same on the __ day of _____, 2019.

1.   By mailing a copy of the summons and complaint personally to _____ address _____ _____.
2.   By delivering a copy of summons and complaint personally to _____.
3.   By leaving a copy of the summons and complaint at _____the dwelling house or usual place of abode of defendant:_____(Name of Person) and by mailing by first class mail a copy of the summons on the __ day of _____, 2019 to _____his last known address.
4.   By serving his agent as provided by rule, statute or valid agreement to-wit:_____ _____.
5.   Defendant cannot be found in my bailwick and summons was not served.

And I now return this writ this __ day of _____, 2019.

_____
SHERIFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:**  I hereby certify that I have served the within summons:

1.   By delivery on the __ day of _____, 2019 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____.
2.   By leaving on the __ day of _____, 2019 for each of the within named defendant(s)_____ _____, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
3.   _____and by mailing a copy of the summons without the complaint to _____at _____ _____the last known address of defendant(s).

All done in MARION County, Indiana.

Fees:  $_____

_____
SHERIFF or DEPUTY

Case 1:20-cv-00051-JMS-MPB   Document 1-1   Filed 01/07/20   Page 13 of 24 PageID #: 20   Filed: 11/7/2019 8:47 PM
Clerk
Marion County, Indiana

49D13-1911-CT-047079

Marion Superior Court, Civil Division 13

CIRCUIT/SUPERIOR COURTS FOR THE COUNTY OF MARION
STATE OF INDIANA
CITY COUNTY BUILDING, 200 E. WASHINGTON STREET
INDIANAPOLIS, INDIANA  46204
TELEPHONE 317 327-4740

Mark Bush

Plaintiff(s)

VS.                                             No. _____

Vasyl Nikitin and OTR Express, Inc. **(US DOT#02515919)**

Defendant(s)

### SUMMONS

The State of Indiana to Defendant: **OTR Express, Inc., c/o ACE Licensing & Permits, Inc., Christine Petri-Express Process Service, 8250 East Washington Street, Indianapolis, IN 46219**

You have been sued by the person(s) named "plaintiff" in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document.  It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded.  You have twenty-three (23) days to answer if this summons was received by mail.  **Such Answer Must Be Made In Court.**

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: 11/8/2019

_Myla A. Eldridge_
CLERK, MARION CIRCUIT/SUPERIOR COURTS

BRADFORD J. SMITH, #22783-47
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN   47404

### ACKNOWLEDGMENT OF SERVICE OF SUMMONS

A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this _____ day of _____, 2019.

_____
SIGNATURE OF DEFENDANT

PRAECIPE:  I designate the following mode of service to be used  by the Clerk.

XX      By certified or registered mail with return receipt to above address.

☐      By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐      By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐      By serving his agent as provided by rule, statute or valid agreement, to-wit:

KEN NUNN LAW OFFICE

BY:   _s/ BRADFORD J. SMITH_
      ATTORNEY FOR PLAINTIFF

CERTIFICATE OF MAILING:  I certify that on the __ day of _____, 2019, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

Dated this __ day of _____, 2019.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SERVICE OF SUMMONS BY MAIL:**  I hereby certify that service of summons with return receipt requested was mailed on the __ day of _____, 2019, and that a copy of the return of receipt was received by me on the _____ day of _____, 2019, which copy is attached herewith.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:**  I hereby certify that on the __ day of _____ __, 2019, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this __ day of _____, 2019, and I did deliver said summons and a copy of the complaint to the Sheriff of MARION County, Indiana.

Dated this __ day of _____, 2019.

_____
CLERK, MARION CIRCUIT/SUPERIOR COURTS

**RETURN OF SUMMONS:**  This summons came to hand on the __ day of _____, 2019, and I served the same on the __ day of _____, 2019.

1. By mailing a copy of the summons and complaint personally to _____ address _____ _____.
2. By delivering a copy of summons and complaint personally to _____.
3. By leaving a copy of the summons and complaint at _____the dwelling house or usual place of abode of defendant:_____(Name of Person) and by mailing by first class mail a copy of the summons on the __ day of _____, 2019 to _____his last known address.
4. By serving his agent as provided by rule, statute or valid agreement to-wit:_____ _____.
5. Defendant cannot be found in my bailwick and summons was not served.

And I now return this writ this __ day of _____, 2019.

_____
SHERIFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:**  I hereby certify that I have served the within summons:

1. By delivery on the __ day of _____, 2019 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____.
2. By leaving on the __ day of _____, 2019 for each of the within named defendant(s)_____ _____, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
3. _____and by mailing a copy of the summons without the complaint to _____at _____ _____the last known address of defendant(s).
All done in MARION County, Indiana.

Fees: $_____

_____
SHERIFF or DEPUTY



Mailer: Ken Nunn Law Office

Date Produced: 11/25/2019

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8398 8096 76. Our records indicate that this item was delivered on 11/22/2019 at 01:59 p.m. in CHICAGO, IL 60641. The scanned image of the recipient information is provided below.

**Delivery Section**

Signature of Recipient :     *Lyubov Kostiv*

Address of Recipient :     *3327 Lamon*

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

VASYL NIKITIN
3327 N LAMON AVE APT 1
CHICAGO IL 60641-4335

Customer Reference Number:     C1734159.9867489

Return Reference Number:     M. Bush

USPS MAIL PIECE TRACKING NUMBER: 42060641921489019403838398809676

MAILING DATE:      11/11/2019
DELIVERED DATE:   11/22/2019
CUSTOM1:


MAIL PIECE DELIVERY INFORMATION:

   VASYL NIKITIN
   3327 N LAMON AVE APT 1
   CHICAGO IL 60641-4335


MAIL PIECE TRACKING EVENTS:

| Date | Event | Location |
|---|---|---|
| 11/11/2019 14:11 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | BLOOMINGTON,IN 47404 |
| 11/12/2019 21:19 | ORIGIN ACCEPTANCE | BLOOMINGTON,IN 47404 |
| 11/12/2019 22:34 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS,IN 46206 |
| 11/15/2019 12:52 | PROCESSED THROUGH USPS FACILITY | CHICAGO,IL 60607 |
| 11/16/2019 01:20 | PROCESSED THROUGH USPS FACILITY | CHICAGO,IL 60607 |
| 11/19/2019 13:52 | NO AUTHORIZED RECIPIENT AVAILABLE | CHICAGO,IL 60641 |
| 11/22/2019 13:59 | DELIVERED | CHICAGO,IL 60641 |

Mailer: Ken Nunn Law Office

Date Produced: 12/16/2019

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8398 8096 14. Our records indicate that this item was delivered on 12/09/2019 at 02:27 p.m. in BLOOMINGTON, IN 47404. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

OTR EXPRESS INC
CHRISTINE PETRI-EXPRESS PROCESS SERVICE
C/O: ACE LICENSING & PERMITS INC
8250 E WASHINGTON ST
INDIANAPOLIS IN 46219-6816

Customer Reference Number:        C1734159.9867488

Return Reference Number:          M. Bush

USPS MAIL PIECE TRACKING NUMBER:   42046219921489019403839809614

MAILING DATE:      11/11/2019
DELIVERED DATE:    12/09/2019
CUSTOM1:


MAIL PIECE DELIVERY INFORMATION:

   OTR EXPRESS INC
   CHRISTINE PETRI-EXPRESS PROCESS SERVICE
   C/O: ACE LICENSING & PERMITS INC
   8250 E WASHINGTON ST
   INDIANAPOLIS IN 46219-6816



MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
|---|---|---|
| 11/11/2019 14:11 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | BLOOMINGTON,IN 47404 |
| 11/13/2019 08:06 | ORIGIN ACCEPTANCE | BLOOMINGTON,IN 47404 |
| 11/13/2019 09:21 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS,IN 46206 |
| 11/15/2019 03:35 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS,IN 46206 |
| 12/03/2019 09:20 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS,IN 46206 |
| 12/05/2019 19:52 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS,IN 46206 |
| 12/09/2019 14:27 | DELIVERED FRONT DESK/RECEPTION/MAIL ROOM | BLOOMINGTON,IN 47404 |

Filed: 12/26/2019 2:14 PM
Clerk
Marion County, Indiana

IN THE MARION COUNTY SUPERIOR COURT

STATE OF INDIANA

| | | |
|---|---|---|
| MARK BUSH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CAUSE NO.:  49D13-1911-CT-047079 |
| v. | ) | |
| | ) | |
| VASYL NIKITIN and OTR EXPRESS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

**Party Classification:**  Initiating _____    Responding _X_    Intervening _____

1.    The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):

**VASYL NIKITIN and OTR EXPRESS, INC.**

2.    Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

**Lesley A. Pfleging**                    **Attorney No. 26857-49A**
**Katherine L. English**                  **Attorney No. 35219-49**
LEWIS WAGNER, LLP                         Phone:  (317)  237-0500
501 Indiana Avenue, Suite 200             Fax:    (317)  630-2790
Indianapolis, IN  46202                   lpfleging@lewiswagner.com
                                          kenglish@lewiswagner.com

**IMPORTANT**:  Each attorney specified on this appearance:

(a)    certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)    **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

(c)    understands that he/she is solely responsible for keeping his/her Roll of

Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3.   There are other party members: Yes _____  No  _X_  (If yes, list on continuation page.)

4.   *If first initiating party filing this case,* the Clerk is requested to assign the case the following Case Type under Administrative Rule 8(b)(3): ___N/A___

5.   This case involves support issues.  Yes _____  No _X_  (If yes, supply social security numbers for all family members on continuation page.)

6.   There are related cases. Yes _____  No _X_  *(If yes, list* on continuation page.)

7.   This form has been served on all other parties.  Certificate of Service is attached. Yes _X_  No _____

8.   Additional information required by local rule:_____

**LEWIS WAGNER, LLP**

By:   */s/ Katherine L. English*_____
LESLEY A. PFLEGING, 26857-49A
KATHERINE L. ENGLISH, #35219-49
***Counsel for Defendants***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 20, 2019, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered:

Bradford J. Smith
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN  47404
brads@kennunn.com
***Counsel for Plaintiff***

By: */s/ Katherine L. English*
    KATHERINE L. ENGLISH

LEWIS WAGNER, LLP
Suite 200
501 Indiana Avenue
Indianapolis, IN 46202
Telephone:    317-237-0500
Facsimile:     317-630-2790
kstrawbridge@lewiswagner.com
kenglish@lewiswagner.com

IN THE MARION COUNTY SUPERIOR COURT

STATE OF INDIANA

| | | |
|---|---|---|
| MARK BUSH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CAUSE NO.:  49D13-1911-CT-047079 |
| v. | ) | |
| | ) | |
| VASYL NIKITIN and OTR EXPRESS, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING</u>

Defendants VASYL NIKITIN and OTR EXPRESS, INC., by counsel, move the Court for an enlargement of time of thirty (30) days in which to answer or otherwise respond to Plaintiff's Complaint for Damages, up to and including January 22, 2020, and in support thereof would show the Court as follows:

1.      That a responsive pleading is due on or about December 23, 2019 and said time has not expired.

2.      No prior enlargements of time have been requested.

3.      Undersigned counsel has only recently been retained and said additional time is necessary to enable counsel to confer with their client to review the facts and prepare an appropriate response.

WHEREFORE, Defendants VASYL NIKITIN and OTR EXPRESS, INC., by counsel, pray for an additional thirty (30) days in which to answer or otherwise respond to Plaintiff's Complaint for Damages, through and including January 22, 2020, and for all other just and proper relief in the premises.

**LEWIS WAGNER, LLP**

By:   */s/ Katherine L. English*
LESLEY A. PFLEGING, 26857-49A
KATHERINE L. ENGLISH, #35219-49
***Counsel for Defendants***

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on December 20, 2019, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered:

Bradford J. Smith
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN  47404
brads@kennunn.com
***Counsel for Plaintiff***

By: */s/ Katherine L. English*
KATHERINE L. ENGLISH

LEWIS WAGNER, LLP
Suite 200
501 Indiana Avenue
Indianapolis, IN 46202
Telephone:     317-237-0500
Facsimile:      317-630-2790
kstrawbridge@lewiswagner.com
kenglish@lewiswagner.com

IN THE MARION COUNTY SUPERIOR COURT

STATE OF INDIANA

| | | |
|---|---|---|
| MARK BUSH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CAUSE NO.:  49D13-1911-CT-047079 |
| v. | ) | |
| | ) | |
| VASYL NIKITIN and OTR EXPRESS, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

Defendants, VASYL NIKITIN and OTR EXPRESS, INC., by counsel, file herein their Motion for Enlargement of Time in which to respond to Plaintiff's Complaint for Damages.

And the Court being duly advised, now grants said Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants, VASYL NIKITIN and OTR EXPRESS, INC., are granted a period of time through and including January 22, 2020 in which to answer or otherwise respond to Plaintiff's Complaint for Damages.

Dated: __December 30, 2019_____

_____
JUDGE, MARION COUNTY SUPERIOR COURT 13

Distribution:

Lesley A. Pfleging
Katherine L. English
LEWIS WAGNER, LLP
Suite 200
501 Indiana Avenue
Indianapolis, IN 46202

Bradford J. Smith
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN  47404