| | | | |
|---|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION | COURT |
| | ) SS: | | |
| COUNTY OF MARION | ) | CAUSE NO. | |

MARK BUSH

    VS.

VASYL NIKITIN
and OTR EXPRESS, INC.

## COMPLAINT FOR DAMAGES

    Comes now the Plaintiff, Mark Bush, by counsel, Bradford J. Smith of Ken Nunn Law Office, and for his cause of action against the Defendants, Vasyl Nikitin and OTR Express, Inc., alleges and states as follows:

### STATEMENT AND JURISDICTION

    1.    This is a clear liability collision in which Defendants' 2013 Volvo tractor and attached trailer, was negligently driven by Vasyl Nikitin causing a chain reaction collision with the vehicle driven by Plaintiff, Mark Bush. As a result of the collision, Plaintiff has incurred medical expenses, lost wages, property damage including, but not limited to, diminished value, and other special expenses in an amount to be proven at trial of this cause.

    2.    Jurisdiction and venue are appropriate in Marion County, Indiana, as said collision occurred within the boundaries of Marion County, State of Indiana.

### FIRST CAUSE OF ACTION

#### NEGLIGENCE OF VASYL NIKITIN

    3.    Plaintiff realleges and incorporates herein by reference paragraphs 1 through 2 above as if fully restated verbatim.

    4.    On or about October 1, 2019 Defendant Vasyl Nikitin negligently drove a tractor-trailer, causing a chain reaction collision with the vehicle driven by Plaintiff, Mark Bush.

    5.    Defendant Vasyl Nikitin had a duty to operate his tractor trailer in a safe and

**EXHIBIT A**

reasonable manner.

6. Defendant Vasyl Nikitin failed in the above mentioned duties and is therefore negligent.

7. Defendant Vasyl Nikitin's negligence was the direct and proximate cause of Plaintiff's injuries.

8. Plaintiff Mark Bush's injuries and damages are permanent.

9. As a direct and proximate result of Vasyl Nikitin's negligence, Mark Bush has suffered lost wages.

10. Plaintiff, Mark Bush, has incurred medical bills for the treatment of his injuries directly resulting from this collision.

11. As a direct and proximate result of Vasyl Nikitin's negligence, Mark Bush has experienced physical and mental pain and suffering, lost wages, property damage including, but not limited to, diminished value, and has lost the ability to perform usual activities, resulting in a diminished quality of life.

## **SECOND CAUSE OF ACTION**

NEGLIGENCE PER SE OF VASYL NIKITIN

12. Plaintiff realleges and incorporates herein by reference paragraphs 1 through 11 above as if fully restated verbatim.

13. Vasyl Nikitin violated state and federal statutes and regulations including but not limited to Title 9 of the Indiana Code.

14. Defendant Vasyl Nikitin's statutory violations directly and proximately caused Plaintiff's damages and injuries.

15. Defendant Vasyl Nikitin is negligent per se based on these statutory and regulatory violations.

## THIRD CAUSE OF ACTION

RESPONDEAT SUPERIOR OF OTR EXPRESS, INC.

16. Plaintiff realleges and incorporates herein by reference paragraphs 1 through 15 above as if fully restated verbatim.

17. Defendant Vasyl Nikitin was the employee, agent, servant, or independent contractor for OTR Express, Inc. Accordingly, OTR Express, Inc. is vicariously liable for the acts of Defendant Vasyl Nikitin for the causes of action above.

WHEREFORE, the Plaintiff, Mark Bush, by counsel Bradford J. Smith of Ken Nunn Law Office, demands judgment against the Defendants, Vasyl Nikitin and OTR Express, Inc. for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses, lost wages, property damage including, but not limited to, diminished value, and other special expenses, court costs and all other just and proper relief in the premises.

KEN NUNN LAW OFFICE

BY: *s/ Bradford J. Smith*
Bradford J. Smith, #22783-47
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: brads@kennunn.com

## REQUEST FOR TRIAL BY JURY

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this matter be tried by jury pursuant to Trial Rule 38.

KEN NUNN LAW OFFICE

BY: *s/ Bradford J. Smith*
Bradford J. Smith, #22783-47
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN  47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: brads@kennunn.com

Bradford J. Smith, #22783-47
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:  812-332-9451
Fax Number:   812-331-5321
Attorney for Plaintiff