UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MARK BUSH | ) | |
| | ) | |
| VS. | ) | No. 1:20-cv-00051-JMS-MPB |
| | ) | |
| VASYL NIKITIN | ) | |
| and OTR EXPRESS, INC. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter came before the Court on the Stipulation of Dismissal with Prejudice of Plaintiff's Complaint. The Court having been first duly advised, now GRANTS the Stipulation [38].

**IT IS THEREFORE ORDERED** that the Complaint of Plaintiff, Mark Bush, is dismissed with prejudice, costs paid.

Date: 10/28/2020

*(signature)*
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Copies to:

Bradford J. Smith
Brads@kennunn.com
Attorney for Plaintiff

Lesley Pfleging, 26857-49
lpfleging@lewiswagner.com
ATTORNEY FOR DEFENDANTS